IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANESTHESIA SERVICES & PRODUCTS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AUGUSTINE TEMPERATURE MANAGEMENT, LLC, et al., | : | No. 11-3072 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **15th** day of **October**, **2012**, upon consideration of the Petition of Defendants Augustine Temperature Management, LLC and Hot Dog USA, LLC for Attorneys' Fees and Costs, Plaintiff's response thereto, Defendant's reply thereon, and Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated October 15, 2012, it is hereby **ORDERED** that:

1. The petition (Document No. 32) is **GRANTED**.

2. Defendants are awarded $44,870.45 in fees and $4289.39 in costs.

BY THE COURT:

_/s/ Berle M. Schiller_
**Berle M. Schiller, J.**